

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00395-CV

| | | |
|---|---|---|
| Dow Roofing Systems, LLC | § | From the 236th District Court |
| v. | | |
| | § | of Tarrant County (236-269529-13) |
| Great Commission Baptist Church and Chamberlin Dallas, LLC f/k/a Chamberlin Dallas, Ltd. d/b/a Chamberlin Roofing and Waterproofing f/k/a Chamberlin Roofing & Waterproofing, Ltd. | § | August 3, 2017 |
| | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying arbitration is reversed and the case is remanded to the trial court with instructions to grant the motion to compel arbitration.

It is further ordered that Appellees Great Commission Baptist Church and Chamberlin Dallas, LLC f/k/a Chamberlin Dallas, Ltd. d/b/a Chamberlin Roofing and Waterproofing f/k/a Chamberlin Roofing & Waterproofing, Ltd. shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mark T. Pittman_____
      Justice Mark T. Pittman